| MILLING, BENSON, WOODWARD, LLP | * | NO. 2020-CA-0115 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | | |
| | * | FOURTH CIRCUIT |
| OLGA PAVLOVNA BLAKLEY, M.D. | | |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

RLB

**BELSOME, J., DISSENTS FOR THE REASONS ASSIGNED BY J. LEDET**